UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOMMER TOLLES,

    Plaintiff,

v.

MID-MICHIGAN VISITING NURSE
ASSOCIATION, D/B/A
MID-MICHIGAN HOME CARE,

    Defendant.

Case No. _____

Honorable: _____

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Mid-Michigan Visiting Nurse Association, d/b/a Mid-Michigan Home Care ("MidMichigan"), files this notice of the removal of this action from the Circuit Court for the County of Midland to the United States District Court for the Eastern District of Michigan. The grounds for removal are as follows:

1. On June 13, 2018, Plaintiff filed a civil action in the Circuit Court for the County of Midland titled *Sommer Tolles v. Mid-Michigan Visiting Nurse Association, d/b/a Mid-Michigan Home Care*, identified in that court as Case No. 2018-5508-CD ("the State Court Action"). Plaintiff's Complaint and the Summons are attached as Exhibit A.

2. Plaintiff's Complaint in the State Court Action alleges one count of discrimination on the basis of gender in violation of the Elliott Larsen Civil Rights Act (the "State Law Claim").

3. Defendant filed its Answer to Complaint and Affirmative and Other Defenses on July 10, 2018. (Exhibit B). It filed its First Amended Answer to Complaint and Affirmative and Other Defenses on August 3, 2018. (Exhibit C).

4. The parties engaged in written discovery. Defendant was prepared to depose Plaintiff when Plaintiff requested Defendant's concurrence to seek the Court's leave to file a First Amended Complaint. Defendant agreed.

5. The Court entered the Stipulated Order to Amend Complaint on January 14, 2019. (Exhibit D).

6. Plaintiff filed her First Amended Complaint on January 25, 2019. (Exhibit E). Plaintiff did not serve on MidMichigan a copy of the First Amended Complaint that she filed with the Court. MidMichigan initially received a copy of the court-stamped First Amended Complaint on February 6, 2019.

7. In the First Amended Complaint, Plaintiff alleges the same State Law Claim (Count I). Plaintiff added a claim that alleges a violation of the Equal Pay Act (Count II).

8. This Court has original jurisdiction over the State Court Action under 28 U.S.C. §1331, because Count II of the First Amended Complaint arises

under the Equal Pay Act, 29 U.S.C. § 206(d), as incorporated by the Fair Labor Standards Act, 29 U.S.C. § 203 *et seq.*, which is a law of the United States.

9. Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over the State Law Claim because it arises from the same factual allegations as the federal Equal Pay Act claim and therefore forms part of the same case or controversy.

10. This Notice of Removal is timely filed within 30 days of Defendant's initial receipt of the First Amended Complaint in the State Court Action. 28 U.S.C. § 1446(b)(3).

11. The United States District Court for the Eastern District of Michigan is the district court for the judicial district and division within which the State Court Action is pending.

12. Promptly after Defendant files this Notice of Removal, Defendant will give written notice of the filing of this Notice to Plaintiff and will file a copy of this Notice with the clerk of the State Court.

        Respectfully submitted,

        MILLER JOHNSON
        Attorneys for Defendant

Date:  February 8, 2019        By:  */s/ Matthew M. O'Rourke*
        Sarah K. Willey (P57376)
        Matthew M. O'Rourke (P79019)
        100 West Michigan Avenue, Suite 200
        Kalamazoo, MI  49007
        (269) 226-2957
        willeys@millerjohnson.com
        orourkem@millerjohnson.com

## CERTIFICATE OF SERVICE

Matthew M. O'Rourke certifies that, on February 8, 2019 a *Notice of Filing Notice of Removal* was filed with the Midland County Circuit Court. Additionally, this *Notice of Removal* and the *Notice of Filing Notice of Removal* were served by regular U.S. Mail upon:

    Mandel I. Allweil
    HURLBURT, TSIROS, & ALLWEIL, P.C.
    821 S. Michigan Avenue
    P.O. Box 3237
    Saginaw, MI 48605

Date:  February 8, 2019        By:  */s/ Matthew M. O'Rourke*
        Matthew M. O'Rourke (P79019)
        100 West Michigan Avenue, Suite 200
        Kalamazoo, MI  49007
        (269) 226-2957
        orourkem@millerjohnson.com