UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOMMER TOLLES,

    Plaintiff,

v.

MID-MICHIGAN VISITING NURSE
ASSOCIATION, D/B/A
MID-MICHIGAN HOME CARE,

    Defendant.

Case No. 1:19-cv-10402

Honorable Nancy G. Edmunds

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Sommer Tolles, and Defendant, Mid-Michigan Visiting Nurse Association, D/B/A Mid-Michigan Home Care, by their undersigned counsel, stipulate that this action shall be dismissed in its entirety, with prejudice, and with each party to bear its own costs and fees.

| /s/Mandel I. Allweil | By: /s/ Sarah K. Willey |
|---|---|
| Mandel I. Allweil (P34115) | Sarah K. Willey (P57376) |
| HURLBURT, TSIROS, | Sandra M. Andre (P83144) |
| & ALLWEIL, P.C. | MILLER JOHNSON |
| Attorney for Plaintiff | Attorneys for Defendant |
| Date: July 24, 2020 | Date: July 24, 2020 |

## ORDER

Based on the stipulation of the parties, IT IS SO ORDERED.

Date: July 24, 2020
                                        s/ Nancy G. Edmunds
                                        Honorable Nancy G. Edmunds
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July, 24, 2020, I electronically filed the foregoing paper with the Clerk of the Court by using the ECF system, which will send notification of such filing to all parties of record.

Dated:  July, 24, 2020         */s/ Sarah K. Willey*
                                      Sarah K. Willey (P57376)
                                      Sandra M. Andre (P83144)
                                      MILLER JOHNSON
                                      Attorneys for Defendant
                                      100 West Michigan Avenue, Suite 200
                                      Kalamazoo, MI 49007
                                      (269) 226-2950
                                      willeys@millerjohnson.com
                                      andres@millerjohnson.com